[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 23, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-11386
Non-Argument Calendar
_____

D. C. Docket No. 05-00005-CR-FTM-33-SPC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARMANDO VIDAL ENCINAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(October 23, 2006)**

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Counsel in this direct criminal appeal has moved to withdraw and filed a

brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). The defendant has moved, <u>pro se</u>, for the appointment of substitute counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, Vidal Encinas's motion for the appointment of substitute counsel is **DENIED**, and Vidal Encinas's convictions and sentences are **AFFIRMED**.